# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | March 24, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Richard P. Liebowitz
Liebowitz Law Firm
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580-6111

**RE:**    **20-1064, Colwell v. Eleven Creative Services**
Dist/Ag docket: 1:18-CV-02784-CMA-STV

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if the appellee intends to participate in this appeal. If the appellee does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:    Jessie Laura Pellant
Matthew Charles Williamson

CMW/lab