# 10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

ANDREW COLWELL

(Appellee-Respondent-Plaintiff)

Case No. 20-1064

v.

ELEVEN CREATIVE SERVICES

(Appellant-Petitioner-Defendant)

**INSTRUCTIONS: WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for Appellee-Respondent ANDREW COLWELL in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows: **(Check one.)**

 On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

There are no such parties, or any such parties have already been disclosed to the court.

**Richard P. Liebowitz**
Name of Counsel

**/s/richardiebowitz/**_____
Signature of Counsel

**11 Sunrise Plaza, Ste. 305, Valley Stream, NY 11580 (516) 233-1660**
Mailing Address and Telephone Number

**rl@liebowitzlawfirm.com**_____
E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

April 9, 2020 via CM/ECF and e-mail to all counsel of record: Mrs. Jessie Laura Pellant:

jpellant@studioiplaw.com; Mr. Matthew Charles Williamson: mwilliamson@studioiplaw.com

 (*See* Fed. R. App. P. 25(b))  (Signature)

 **/s/richardliebowitz/**

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANDREW COLWELL<br><br>(Appellee-Respondent-Plaintiff)<br><br>v.<br><br>ELEVEN CREATIVE SERVICES<br><br>(Appellant-Petitioner-Defendant) | Case No. 20-1064 |

## Certificate of Interested Parties

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

I, Richard Liebowitz, Esq., hereby certifies that there are not other interested parties of which the appellee-respondent is aware.

With respect to attorneys, no other attorney appeared from my law firm in the district court proceeding on behalf of appellee-plaintiff. However, I anticipate that my associate at Liebowitz Law Form, PLLC, will be making a notice of appearance in this appellate matter in the near future. His identity is as follows:

James H. Freeman, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Ste. 305, Valley Stream, NY 11580 (516) 233-1660.  jf@liebowitzlawfirm.com

April 9, 2020

**/s/richardliebowitz/**