CASE NO. 20-1064

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANDREW COLWELL, | ) |
| | ) |
|     Plaintiff – Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| ELEVEN CREATIVE SERVICES, LLC | ) |
| | ) |
|     Defendant – Appellant. | ) |

On Appeal from the United States District Court
For the District of Colorado
The Honorable Judge Christine M. Arguello
D.C. No. 1:18-CV-02784-CMA-STV

## STIPULATED MOTION FOR VOLUNTARY DISMISSAL

In accordance with discussions held under Tenth Circuit Rule 33.1, the undersigned moves the Court to dismiss this appeal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Each party has agreed to bear their own costs and attorney's fees on appeal, if any have been incurred.

Respectfully submitted this 22nd day of June 2020.

                                                s/ Matthew Charles Williamson
                                              *Jessie Laura Pellant*
                                              *Matthew Charles Williamson*
                                              StudioIP Law

600 Seventeenth Street, Suite 2800
Denver, CO 80202
Telephone: (720) 443-1773
E-mail: mwilliamson@studioiplaw.com
        jpellant@studioiplaw.com
Counsel for Defendant - Appellant Eleven Creative Services, LLC.


s/ Richard Liebowitz
***Richard Liebowitz, Esq.***
Leibowitz Law Firm, PLLC
11 Sunlight Plaza, Suite 305
Valley Stream, NY 11580
Telephone: (516) 233-1660
E-mail: RL@LiebowitzLawFirm.com
Counsel for Plaintiff – Appellee Andrew Colwell

CERTIFICATE OF DIGITAL SUBMISSION

In accordance with the court's CM/ECF User's Manual, I hereby certify that all required privacy redactions have been made. In addition, I certify that the hard copies of this pleading that may be required to be submitted to the court are exact copies of the ECF filing, and the ECF submission has been scanned for viruses with the most recent version of a commercial virus scanning program and, according to the program, is free of viruses.

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, a true and correct copy of the foregoing **Stipulated Motion for Voluntary Dismissal** was sent to the persons listed below in the manner indicated (check box):

☐ by U.S. mail;

☐ by third-party commercial carrier for delivery within 3 calendar days;

☐ by personal delivery, including delivery to a responsible person at the office of counsel;

X by digital submission via the 10th Circuit Court's ECF program.

                                              s/ Matthew Charles Williamson
*Jessie Laura Pellant*
*Matthew Charles Williamson*
StudioIP Law
600 Seventeenth Street, Suite 2800
Denver, CO 80202
Telephone: (720) 443-1773
E-mail: mwilliamson@studioiplaw.com
        jpellant@studioiplaw.com
Counsel for Defendant – Appellant Eleven Creative Services, LLC.