**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 23, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

_____

ANDREW COLWELL,

     Plaintiff Counterclaim Defendant –
     Appellee,

v.

ELEVEN CREATIVE SERVICES, LLC,

     Defendant Counterclaimant -
     Appellant.

No. 20-1064
(D.C. No. 1:18-CV-02784-CMA-STV)

_____

## ORDER

_____


In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon

consideration of the motion for voluntary dismissal of the above-captioned appeal, this

appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal.  A copy of this order will stand as

the mandate of the court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk